IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JESSE GOBER,<br><br>                Plaintiff,<br><br>vs.<br><br>TYLER JACKSON, and BIG FORK POST OFFICE,<br><br>                Defendants. | CV 18-79-M-DLC-JCL<br><br>FINDINGS AND RECOMMENDATION |

Plaintiff Jesse Gober, appearing pro se, commenced this action by filing his complaint in the Montana Eleventh Judicial District Court, Flathead County. On April 27, 2018, the United States, on behalf of Defendants Tyler Jackson and the Big Fork Post Office, removed the case to this federal court.

By Order entered May 2, 2018, the Court set a Fed. R. Civ. P. 16 preliminary pretrial conference to occur on July 3, 2018. The Order was mailed through the United States Postal Service addressed to Plaintiff at the address he provided on his pleading. The Order, however, was returned to the Court on May 22, 2018, by the United States Postal Service with the notation:

> RETURN TO SENDER
> NO MAIL RECEPTACLE
> UNABLE TO FORWARD

(Doc. 6.)

1

By Order entered May 24, 2018, the Court reset the preliminary pretrial conference for July 11, 2018. But that Order was similarly returned to the Court by the United States Postal Service on July 2, 2018, with the same undeliverable notation. (Doc. 15.)

Again, on July 5, 2018, the Court issued an Order resetting the pretrial conference for August 1, 2018, and mailed it to Plaintiff. But the Order was not delivered to him, and was returned by the United States Postal service on July 12, 2018, with the same undeliverable notation. (Doc. 17.)

The Court notes that on June 13, 2018, the United States filed a notice stating it has, through a process server, personally served Plaintiff with documents and pleadings filed in this case. But it has not received a response from Plaintiff.

Finally, the Court notes the record reflects that Plaintiff has not filed any document or notice in this case subsequent to the United States' April 27, 2018 removal.

Since the Court's mailings described above have been returned to the Court, and because Plaintiff has not informed the Court of his change of address, this action is now subject to dismissal. The Local Rules for the District of Montana provide as follows:

> **(b) Dismissal Due to Failure to Notify.** The Court may dismiss a complaint without prejudice or strike an answer when:

2

> (1) a document directed to the attorney or self-represented party by the court has been returned to the court as not deliverable; and
>
> (2) the court fails to receive within 60 days of this return a written communication from the attorney or self-represented party indicating a current address for service.

L.R. 5.2(b).

As noted, the Court's Order entered May 2, 2018, and mailed to Plaintiff was returned to the Court on May 22, 2018. Within the 60-day period following that date, and as of the date of this recommendation, Plaintiff has not provided the Court with a written notice informing it of his change of address.

Therefore, IT IS HEREBY RECOMMENDED that this action be DISMISSED without prejudice pursuant to L.R. 5.2(b).

DATED this 31st day of July, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge